UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MAHER SOLIMAN, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| V. | ) | **CASE NO. 5:16-cv-748-D** |
| | ) | |
| WORLDWIDE LANGUAGE | ) | |
| RESOURCES, INC., AND | ) | |
| DOES 1 TO 20, INCLUSIVE, | ) | |
| Defendants. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendants' motion to dismiss [D.E. 5], and DISMISSES plaintiff's complaint without prejudice.

**This Judgment Filed and Entered on December 29, 2016, and Copies To:**

| | |
|---|---|
| Maher Soliman | (Sent to 1112 Larkin Street No. 405 San Francisco, CA 94109-5750 via US Mail) |
| Gabriel T. Dym | (via CM/ECF electronic notification) |
| Jennifer Rasile Everitt | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
December 29, 2016　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　Deputy Clerk